Carly M. Roman (No. 349895)
croman@straussborrelli.com
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
2261 Market St., Ste. 22946
San Francisco, CA 94114
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Attorney for Plaintiffs Castaneda, Goodloe, and the Proposed Class*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CINDY CASTANEDA** and **LAUREN GOODLOE**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CHIME FINANCIAL, INC.**,<br><br>Defendant. | Case No. 4:26-cv-02924<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| **MELISSA PORTER**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CHIME FINANCIAL, INC.**,<br><br>Defendant. | Case No. 3:26-cv-02998 |

Pursuant to Local Civil Rules 3-12 and 7-11, Plaintiffs Cindy Castaneda and Lauren Goodloe hereby respectfully move the Court to consider relating the above-captioned matters

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
1

pending in this District, both of which involve overlapping claims arising from common factual circumstances against a single defendant, Chime Financial, Inc. ("Defendant"). Civil Local Rule 3-12 provides that a case is related to another when: "(1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." The actions to be considered as related meet this definition.

Each of the related actions identified below asserts overlapping claims on behalf of materially similar classes arising out of Defendant's alleged failure to protect the personal identifying information of the representative plaintiffs and putative class members from unauthorized access and exfiltration.

On April 3, 2026, Plaintiffs Cindy Castaneda and Lauren Goodloe filed the first nationwide class action against Defendant arising out of the Data Breach, captioned *Castaneda and Goodloe v. Chime Financial, Inc.*, No. 3:26-cv-02924 (N.D. Cal.). Soon after, another nationwide class action was filed in this District against Defendant alleging its failure to protect personal information from unauthorized access: *Porter v. Chime Financial, Inc.*, No. 3:26-cv-02998 (N.D. Cal.).

Based on the overlapping claims and classes asserted against a common Defendant and arising out of common factual circumstances, should the cases proceed before different judges, there would be a risk of conflicting results as well as an unduly burdensome duplication of labor and expense on all parties, and for the Court. Accordingly, Plaintiffs in each of the related actions have stipulated to and agree that the actions should be related and transferred to the judge overseeing the lowest numbered *Castaneda and Goodloe* action.

In light of the foregoing, and because *Castaneda and Goodloe* is the first-filed of these related pending matters in this District, Plaintiffs accordingly request transfer of the *Porter* action to the Honorable Kandis A. Westmore, who is overseeing the *Castaneda and Goodloe* matter.

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
2

Dated: April 8, 2026          Respectfully submitted,

By: */s/ Carly M. Roman*
    Carly M. Roman (No. 349895)
    croman@straussborrelli.com
    **STRAUSS BORRELLI PLLC**
    980 N. Michigan Ave., Suite 1610
    Chicago, IL 60611
    2261 Market St., Ste. 22946
    San Francisco, CA 94114
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109

    *Attorney for Plaintiffs Castaneda, Goodloe, and
    the Proposed Class*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

3

## <u>CERTIFICATE OF SERVICE</u>

I, Carly M. Roman, hereby certify that on April 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, via the ECF system.

DATED this 8th day of April, 2026.

STRAUSS BORRELLI PLLC

By:  */s/ Carly M. Roman*
　　　Carly M. Roman (No. 349895)
　　　croman@straussborrelli.com
　　　980 N. Michigan Ave., Suite 1610
　　　Chicago, IL 60611
　　　2261 Market St., Ste. 22946
　　　San Francisco, CA 94114
　　　Telephone: (872) 263-1100
　　　Facsimile: (872) 263-1109

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

4