**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CINDY CASTANEDA** and **LAUREN GOODLOE**, on behalf of themselves and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>**CHIME FINANCIAL, INC.**,<br><br>          Defendant. | Case No. 3:26-cv-02924<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| **MELISSA PORTER**, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>**CHIME FINANCIAL, INC.**,<br><br>          Defendant. | Case No. 3:26-cv-02998 |

This matter is before the Court on Plaintiff's Administrative Motion to Consider Whether Cases Should be Related. The Court, having considered the Motion and being fully advised in the premises, hereby orders as follows:

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1.      Plaintiff's motion is hereby GRANTED.

2.      Pursuant to Local Civil Rules 3-12 and 7-11, *Porter v. Chime Financial, Inc.*, No. 3:26-cv-02998 (the "Porter Action") is related and transferred to the Honorable Kandis A. Westmore—who is the presiding magistrate in the earliest-filed related action *Castaneda and Goodloe v. Chime Financial, Inc.*, No. 3:26-cv-02924 (the "Castaneda Action") (together, the "Related Actions").

3.      Pursuant to Federal Rule of Civil Procedure 42(a), the Related Actions—and all other pending and future actions arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District—are consolidated for all pre-trial purposes, into the earliest-filed Castaneda Action.

**IT IS SO ORDERED:**

_____          _____
 Dated                                                          KANDIS A. WESTMORE
                                                                      UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
– 2