Casie D. Collignon (*Pro Hac Vice* Forthcoming)
*ccollignon@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Telephone:   (303) 861-0600
Facsimile:   (303) 861-7805

SEAN P. KILLEEN (SBN 320644)
*skilleen@bakerlaw.com*
SAFINA MOTIWALA (SBN 358668)
*smotiwala@bakerlaw.com*
**BAKER & HOSTETLER LLP**
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone:   (415) 659-2600
Facsimile:   (415) 659-2601

*Attorneys for Defendant*
CHIME FINANCIAL, INC.

Carly M. Roman (No. 349895)
croman@straussborrelli.com
**STRAUSS BORRELLI PLLC**
980 N. Michigan Ave., Suite 1610
Chicago, IL 60611
2261 Market St., Ste. 22946
San Francisco, CA 94114
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

*Attorney for Plaintiffs and Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY CASTANEDA and LAUREN GOODLOE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHIME FINANCIAL, INC.,<br><br>Defendant. | CASE NO.: 3:26-cv-02924-TLT<br><br>[*Assigned to Hon. Trina L. Thompson*]<br><br>**STIPULATION TO EXTEND DEFENDANT CHIME FINANCIAL, INC.'S TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT [L.R. 6-1(A)]**<br><br>Initial Response Due:   April 28, 2026<br>New Response Due:   May 28, 2026 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**TO THE HONORABLE COURT:**

Pursuant to Fed. R. Civ. P. 6 and this Court's L.R. 6-1(a), Plaintiffs CINDY CASTANEDA and LAUREN GOODLOE ("Plaintiffs") and Defendant CHIME FINANCIAL, INC. ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows ("Stipulation"):

WHEREAS, Plaintiffs filed their Class Action Complaint ("Complaint") against Defendant on April 3, 2026 [Dkt. No. 1] and served Defendant with the Complaint and Summons on April 7, 2026 [Dkt. No. 8];

WHEREAS, Pursuant to Fed. R. Civ. P. 12(a), Defendant's required response deadline to Plaintiffs' Complaint is twenty-one (21) days after service of the Complaint, or April 28, 2026 [Dkt. No. 8];

WHEREAS, in order to allow for the Parties sufficient time to meet and confer in an effort to potentially avoid motion practice, the Parties have agreed to extend Defendant's deadline to answer or otherwise respond to the Complaint by thirty (30) days, up to and including May 28, 2026;

WHEREAS, pursuant to L.R. 6-1(a), the extension stipulated herein is immediately effective as it does not alter the date of any event or deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated:  April 24, 2026          **BAKER & HOSTETLER LLP**

                                By:   */s/ Sean P. Killeen*
                                      Sean P. Killeen

                                *Attorneys for Defendant*
                                CHIME FINANCIAL, INC.

Dated:  April 24, 2026          **STRAUSS BORRELLI PLLC**

                                By:   */s/ Carly M. Roman*
                                      Carly M. Roman

                                *Attorneys for Plaintiffs and Proposed Class*

- 1 -

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I, Sean P. Killeen, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 24, 2026

/s/ *Sean P. Killeen*
Sean P. Killeen

STIPULATION TO EXTEND DEFENDANT CHIME'S TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT;
CASE NO. 3:26-CV-02924-TLT